News   Projects   Requests   Assignments   •••      Search   File Request   Sign Up   Log In

⚠ This request is embargoed until 30 days after it is finished.

# FBI Covid origin records

**Share**



Jimmy Tobias filed this request with the Federal Bureau of Investigation of the United States of America.

| | |
|---|---|
| Tracking # | 1637738-000 |
| Submitted | June 6, 2024 |
| Due | July 8, 2024 |
| Est. Completion | None |

**STATUS**
Awaiting Response

**EMBARGO**
This request is embargoed until 30 days after it is finished.

MuckRock users can file, duplicate, track, and share public records requests like this one. Learn more.    **File a Request**

**9** Communications   **2** Files

[Filter communications]                                                    Collapse All

**From: Jimmy Tobias**                                                       06/06/2024
Subject: Freedom of Information Act Request: FBI Covid origin records        Portal

To Whom It May Concern:

Pursuant to the Freedom of Information Act, I hereby request the following records:

All investigative reports, memos, case files, scientific assessments or other records that comprised the underlying research that directly informed the FBI's assessment with moderate confidence that SARS-CoV-2 originated via a laboratory incident. It has been widely reported in the press that the FBI determines with moderate confidence that SARS-CoV-2, the virus that caused the COVID-19 pandemic, originated from a laboratory incident.

This request seeks records produced or compiled by the FBI team, and FBI scientific experts, that were part of the agency's effort to assess Covid-19's origins.

This request seeks records produced or compiled since December 2019.

Please conduct a search of the Central Records System, including but not limited to the ELSUR Records System, the Microphone Surveillance (MISUR) Indices, the Physical Surveillance (FISUR) Indices, and the Technical Surveillance (TESUR) Indices, for both main-file records and cross-reference records for all materials that could plausibly be responsive to my request. If any potentially responsive records have been destroyed and/or transferred to NARA, then I request copies of the destruction or transfer slips as well as any other documentation relating to, mentioning or describing said transfer or destruction, to include but not be limited to confirmation that the Bureau has no other copies of said records.

I am a member of the press who regularly writes for national outlets, including The Nation, The Guardian and The Intercept, and request classification as such.

The requested documents will be made available to the general public, and this request is not being made for commercial purposes.

In the event that there are fees, I would be grateful if you would inform me of the total charges in advance of fulfilling my request. I would prefer the request filled electronically, by e-mail attachment if available or CD-ROM if not.

Thank you in advance for your anticipated cooperation in this matter. I look forward to receiving your response to this request within 20 business days, as the statute requires.

Sincerely,

Jimmy Tobias

**From: Federal Bureau of Investigation**                                    06/14/2024
Subject: eFOIA files available                                                Portal

There are eFOIA files available for you to download.

📄 E08a8dc51d50ca30ce528f1f2f4c1f35ed0f0d8d0913cf13856_Q223464_D165256362
⬇ Download

**From: Jimmy Tobias**                                                       07/30/2024
Subject: RE: Freedom of Information Act Request #1637738-000                  Email

Hello,

Can you please provide the eFOIA files to MuckRock so I can review them.

**From: Federal Bureau of Investigation**                                    08/02/2024
Subject: RE: Freedom of Information Act Request #1637738-000                  Portal

Thank you for your inquiry regarding the status of your Freedom of Information/Privacy Act (FOIPA) request. A review of your request has determined the following.

Your request is being preprocessed to another open request on the same subject, meaning a request on the same subject had been received and was already in process prior to receipt of your request. To avoid duplicative efforts, you will receive the same releases at the same time as the original requester for this subject. The request to which yours will be preprocessed is presently awaiting assignment to a Disclosure analyst who will then review the records to determine if any redactions are required pursuant to subsections of Title 5, U. S. Code, Section 552 and 552a.

NOTE: Interim releases are generally made for complex requests.

You have the opportunity to reduce the scope of your request; this will accelerate the process and could potentially place your request in a quicker processing queue. This may also allow for a more timely receipt of your information. The FBI uses a multi-track processing system to fairly assign and process new requests. Simple track cases (50 pages or less) usually require the least time to process. The request to which yours will be preprocessed is considered a complex case in our large track. Please advise us in writing if you would like to discuss reducing the scope of your request.

Please contact foipaquestions@fbi.gov if you require further assistance.

Respectfully,

Public Information Officer
FBI - Information Management Division
200 Constitution Drive
Winchester, VA 22602
O: (540) 868-4593

# Exhibit 1

foipaquestions@ic.gov<mailto:foipaquestions@foi.gov>

Do you have further questions about the FOI/PA process? Visit us at http://www.fbi.gov/foia

Please check the status of your request online at https://vault.fbi.gov/fdps-1/@@search-fdps Status updates are performed on a weekly basis.

Note: This is a non-emergency email address. If this is an emergency, please call 911 directly. If you need to report a tip for immediate action, please contact FBI Tips at http://tips.fbi.gov/ or reach out to your local field office.

~WRD0000

Download

**From: Jimmy Tobias**  08/05/2024

Subject: RE: Freedom of Information Act Request #1637738-000

Email

Thank you for the update. Could you please provide an estimated date of completion for this request?

Jimmy Tobias

---

## Newsletter
Want the latest investigative and FOIA news?

Subscribe

MuckRock is a non-profit collaborative news site that gives you the tools to keep our government transparent and accountable.

Make a Donation

© 2010–2024 Muckrock

### SECTIONS
- News
- Projects
- Requests
- Agencies
- Jurisdictions
- Newsletters

### ABOUT
- About Us
- Staff
- FAQ
- Editorial Policy
- API
- Privacy Policy
- Terms of Service
- Financials

### FEEDS
- Latest Reporting
- Latest Questions
- Recently Filed Requests
- Recently Completed Requests